In the Matter of HENRY BURGE, Appellant. OCEANIC TRADING COMPANY, INC., Respondent; HARRY A. GOTTLIEB, Appellant.

Argued January 6, 1954; decided March 4, 1954.

*Martin Evans* and *Edward J. Greenfield* for appellants.

*Edward K. Hanlon, Milton Weiss* and *Alan T. Wenzell* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.